# EXHIBIT 1




About Secretary Griswold | Espanol

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | |
|---|---|
| **Name** | SOUTHWEST AIRLINES CO. |
| **Status** | Good Standing |
| **Formation date** | 03/17/1994 |
| **ID number** | 19941031789 |
| **Form** | Foreign Corporation |
| **Periodic report month** | March |
| **Jurisdiction** | Texas |
| **Principal office street address** | 2702 LOVE FIELD DRIVE, DALLAS, TX 75235-1908, United States |
| **Principal office mailing address** | 2702 LOVE FIELD DRIVE, HDQ, 6TX, DALLAS, TX 75235-1908, United States |

| Registered Agent | |
|---|---|
| **Name** | The Prentice-Hall Corporation System, Inc. |
| **Street address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| **Mailing address** | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility